1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6
7
8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10
11
   DAVID GIUSTO,                          Federal Case No.: 5:16-CV-04637-BLF
12
            Plaintiff,
13
         vs.                              **PLAINTIFF'S NOTICE OF VOLUNTARY
14                                        DISMISSAL OF DEFENDANT EQUIFAX,
   EXPERIAN INFORMATION SOLUTIONS,        INC. PURSUANT TO FEDERAL RULE
15 INC.; et. al.,                         OF CIVIL PROCEDURE 41(A)(1)**

16          Defendants.

17
18
19 **PLEASE TAKE NOTICE** that Plaintiff David Giusto, pursuant to Federal Rule of Civil
20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Equifax, Inc. as to all claims in this
21 action, with prejudice.
22        Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
23        41(a) Voluntary Dismissal
24        (1) By the Plaintiff
25              (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any
26                  applicable federal statute, the plaintiff may dismiss an action without a court
27                  order by filing:
28                     (1) a notice of dismissal before the opposing party serves either an answer

                                                1
   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC.

or a motion for summary judgment.

Defendant Equifax, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: November 7, 2016               Sagaria Law, P.C.

                                      By:   */s/ Elliot W. Gale*
                                            Elliot W. Gale
                                      Attorneys for Plaintiff
                                      David Giusto