| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 083013)<br>STEPHEN J. NEWMAN (State Bar No. 181570) |
| 3 | JULIETA STEPANYAN (State Bar No. 280691)<br>2029 Century Park East |
| 4 | Los Angeles, CA 90067-3086<br>Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959<br>Email:    *lacalendar@stroock.com* |
| 6 | Attorneys for Defendant |
| 7 |   JPMORGAN CHASE BANK, N.A., erroneously sued as<br>  JPMORGAN CHASE BANK |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID GIUSTO,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; ALLIANT CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; WELLS FARGO CARD SERVICES, INC. and DOES 1 through 100 inclusive<br><br>            Defendants. | Case No. 5:16-cv-04637-BLF<br><br>[Honorable Beth Labson Freeman]<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND JPMORGAN CHASE BANK, N.A.**<br><br>Action Filed: August 12, 2016 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff David Giusto ("Plaintiff"), on the one hand, and defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), on the other, have reached a settlement in principle, which will result in the dismissal of Chase from this action with prejudice. Plaintiff and Chase currently are negotiating the terms of a settlement agreement.

Dated: January 11, 2017

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: _____*/s/ Julieta Stepanyan*_____
       Julieta Stepanyan

Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
   erroneously sued
   as JPMORGAN CHASE BANK

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017, a copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND JPMORGAN CHASE BANK, N.A.** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

         */s/ Julieta Stepanyan*
         Julieta Stepanyan