# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID GIUSTO,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04637-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS JPMORGAN CHASE BANK, N.A.** |

On January 11, 2017, Plaintiff filed a notice of settlement with JPMorgan Chase Bank, N.A. (ECF 43). Plaintiff is hereby ordered to show cause in writing and on or before May 8, 2017 why the Court should not dismiss JPMorgan Chase Bank, N.A.. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against JPMorgan Chase Bank, N.A. and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: April 24, 2017

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge