1 | SCOTT J. SAGARIA (BAR # 217981)
    ELLIOT W. GALE (BAR # 263326)
2 | JOE B. ANGELO (BAR # 268542)
    SCOTT M. JOHNSON (BAR # 287182)
3 | **SAGARIA LAW, P.C.**
    2033 Gateway Place, 5th Floor
4 | San Jose, CA 95110
    408-279-2288 ph
5 | 408-279-2299 fax

6 | Attorneys for Plaintiff
        DAVID GIUSTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| DAVID GIUSTO, | Case No. 5:16-cv-04637-BLF |
|---|---|
| Plaintiff, | |
| vs. | [Honorable Beth Labson Freeman] |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; ALLIANT CREDIT UNION; WELLS FARGO BANK, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; WELLS FARGO CARD SERVICES, INC. and DOES 1 through 100 inclusive | **REQUEST FOR VOLUNTARY DISMISSAL OF JPMORGAN CHASE BANK, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(A) AND [PROPOSED] ORDER** |
| Defendants. | |

REQUEST FOR VOLUNTARY DISMISSAL OF
JPMORGAN CHASE BANK, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-04637-BLF

LA 52033317

**PLEASE TAKE NOTICE** that Plaintiff David Giusto ("Plaintiff"), through his counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to Fed. R. Civ. P. 41(a)(1). Chase has neither answered Plaintiff's Amended Complaint, nor filed a motion for summary judgment. Each party shall bear his/its own attorneys' fees and costs.

Dated: April 28, 2017

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO

By: _____*/s/ Elliot Gale*_____
        Elliot Gale

Attorneys for Plaintiff
DAVID GIUSTO

### [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank, are dismissed with prejudice. IT IS SO ORDERED.

Date: _____   By: _____
                                Hon. Beth Labson Freeman
                                Judge of the United States District Court
                                Northern District of California

LA 52033317