1  SCOTT J. SAGARIA (BAR # 217981)
   ELLIOT W. GALE (BAR # 263326)
2  JOE B. ANGELO (BAR # 268542)
   SCOTT M. JOHNSON (BAR # 287182)
3  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff
       DAVID GIUSTO
7

8

9                      **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN JOSE DIVISION**

12  DAVID GIUSTO,                          ) Case No. 5:16-cv-04637-BLF
                                            )
13          Plaintiff,                      )
                                            ) [Honorable Beth Labson Freeman]
14      vs.                                 )
                                            ) **REQUEST FOR VOLUNTARY**
15  EXPERIAN INFORMATION SOLUTIONS,         ) **DISMISSAL OF JPMORGAN CHASE**
    INC.; EQUIFAX, INC.; ALLIANT CREDIT     ) **BANK, N.A., ERRONEOUSLY SUED AS**
16  UNION; WELLS FARGO BANK, NATIONAL       ) **JPMORGAN CHASE BANK, WITH**
    ASSOCIATION; JPMORGAN CHASE BANK;       ) **PREJUDICE PURSUANT TO FED. R. CIV.**
17  WELLS FARGO CARD SERVICES, INC. and     ) **PROC. 41(A) AND [PROPOSED] ORDER**
    DOES 1 through 100 inclusive            )
18                                          )
            Defendants.                     )
19                                          )
                                            )
20

21

22

23

24

25

26

27

28

REQUEST FOR VOLUNTARY DISMISSAL OF
JPMORGAN CHASE BANK, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-04637-BLF

LA 52033317

1  **PLEASE TAKE NOTICE** that Plaintiff David Giusto ("Plaintiff"), through his counsel of
2  record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant
3  JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to
4  Fed. R. Civ. P. 41(a)(1). Chase has neither answered Plaintiff's Amended Complaint, nor filed a
5  motion for summary judgment. Each party shall bear his/its own attorneys' fees and costs.

Dated: April 28, 2017

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO

By: _____*/s/ Elliot Gale*_____
         Elliot Gale

Attorneys for Plaintiff
DAVID GIUSTO

### [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank, are dismissed with prejudice. IT IS SO ORDERED.

Date: _____    By: _____/s/ Beth Labson Freeman_____
                                  Hon. Beth Labson Freeman
                                  Judge of the United States District Court
                                  Northern District of California

REQUEST FOR VOLUNTARY DISMISSAL OF
JPMORGAN CHASE BANK, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-04637-BLF

LA 52033317