Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GIUSTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>　　　　Defendants. | Case No.: 5:16-cv-04637-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff David Giusto and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

| | | |
|---|---|---|
| DATED: May 2, 2017 | | **Sagaria Law, P.C.** |
| | By: | _/s/ Elliot Gale_ |
| | | Elliot Gale |
| | | Attorney for Plaintiff David Giusto |

| | | |
|---|---|---|
| DATED: May 2, 2017 | | **Severson & Werson, APC** |
| | By: | _/s/ Laszlo Ladi, Jr._ |
| | | Laszlo Ladi, Jr. |
| | | Attorney for Defendant Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Laszlo Ladi, Jr. has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

                                                                    Hon. Beth Labson Freeman
                                                                    UNITED STATES DISTRICT JUDGE