| | |
|---|---|
| 1 | Scott J. Sagaria (SBN 217981) |
| 2 | Elliot W. Gale (SBN 263326)<br>Joe Angelo (SBN 268542) |
| 3 | SAGARIA LAW, P.C.<br>2033 Gateway Pl., 5th Floor |
| 4 | San Jose, CA 95110<br>Telephone: (408) 279-2288 |
| 5 | Facsimile: (408) 297-2299 |
| 6 | Attorneys for Plaintiff |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GIUSTO, | Case No.: 5:16-cv-04637-BLF |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff David Giusto and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: May 2, 2017                                  **Sagaria Law, P.C.**

                                              By:   /s/ Elliot Gale
                                                    Elliot Gale
                                                    Attorney for Plaintiff David Giusto


DATED: May 2, 2017                                  **Severson & Werson, APC**

                                              By:   /s/ Laszlo Ladi, Jr.
                                                    Laszlo Ladi, Jr.
                                                    Attorney for Defendant Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Laszlo Ladi, Jr. has concurred in this filing.

/s/ Elliot Gale


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.


DATED: _____                               _____
                                                    Hon. Beth Labson Freeman
                                                    UNITED STATES DISTRICT JUDGE


STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A..; [PROPOSED] ORDER -2-