Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff David Guisto

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUISTO,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>    Defendants. | Case No.: 5:16-cv-04637-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff David Guisto and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

1  DATED: June 8, 2017						**Sagaria Law, P.C.**

2						By:	*/s/ Elliot Gale*
3							Elliot Gale
							Attorney for Plaintiff David Guisto

4

5  DATED: June 8, 2017						**Jones Day**

6
						By:	*/s/ Celia M. Jackson*
7							Celia M. Jackson
							Attorney for Defendant Experian
8							Information Solutions, Inc.

9

10  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

11  Stipulation.  I hereby attest that Celia M. Jackson has concurred in this filing.

12

13  */s/ Elliot Gale*

14

15

16                              [**PROPOSED**] **ORDER**

17       Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is

18  dismissed with prejudice.

19       IT IS SO ORDERED.

20

21

22

23  DATED: _____				         _____
24							Hon. Beth Labson Freeman
							UNITED STATES DISTRICT JUDGE
25

26

27

28

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER -2-